

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Namco Capital Group, Inc<br><br><br><br><br>DEBTOR. | DISTRICT COURT CASE NUMBER<br>2:13CV2370 AG<br><br>BANKRUPTCY COURT CASE NUMBER<br>2:08BK32333 BR<br><br>ADVERSARY CASE NUMBER<br>2:11AP1170 BR<br><br>**NOTICE OF REFERRAL OF BANKRUPTCY MATTER** |
|---|---|

To: All Counsel / Parties of Record

This matter has been referred to the U.S. District Court, civil case number 2:13CV2370 AG and assigned to the calendar of Judge Andrew J. Guilford for Trial and all further handling.

All subsequent documents must be filed in duplicate in the U.S. District Court and the caption must include the Bankruptcy Case Number, Adversary Case Number and District Court Case Number. It is very important to include the initials after the District Court case number because documents are routed to the assigned judge by means of these initials.

Clerk, U. S. District Court

| 04-Mar-13 | By J.Prado |
|---|---|
| Date | Deputy Clerk |

cc: District Court Judge
    Bankruptcy Judge Barry Russell
    All interested parties
    Intake Section, Bankruptcy Court