LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-2370-GAF | Date | November 13, 2013 |
|---|---|---|---|
| Title | In re NAMCO CAPITAL GROUP, INC. Bradley D. Sharp, Trustee v. Parviz Lavi, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Linda Jackson for Stephen Montes Kerr | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**   (In Chambers)

### ORDER TO SHOW CAUSE

Defendants, having failed to cooperate in the preparation of the proposed pre-trial conference order, and having otherwise failed to cooperate in making this case ready for trial, IT IS ORDERED that Defendants are TO SHOW CAUSE why this Court should not enter a default judgment against them for the relief sought in the Trustee's complaint.

The response to this OSC is to be filed and served no later than the close of business, Wednesday, November 20, 2013.  **FAILURE TO RESPOND BY THAT DATE WILL RESULT IN THE ENTRY OF A DEFAULT JUDGMENT AGAINST DEFENDANTS PARVIZ LAVI AND MADELINE LAVI.**

The Pre-Trial Conference now scheduled for November 18, 2013, is ORDERED OFF CALENDAR pending the response to this order.

IT IS SO ORDERED.

|  | -- : -- |
|---|---|
| Initials of Preparer | ljw for SMO |