UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-2370-GAF<br>USBC Central District of California -<br>Los Angeles, 2:08-bk-32333 BR<br>Adversary Case: 2:11-ap-1170 BR | Date | November 25, 2013 |
|---|---|---|---|
| Title | In re NAMCO CAPITAL GROUP, INC.<br>Bradley D. Sharp, Trustee v. Parviz Lavi, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      (In Chambers)

### ORDER RE: REVISED SCHEDULE

On November 13, 2013, this Court ordered Defendants to show cause why default judgment should not be entered against them for failure to cooperate in the process of preparing this case for trial. (Docket No. 19 [11/13/2013 Order].) Defendants have now responded. (Docket No. 20 [Response to 11/13/2013 Order].) Having considered the response, the Court **VACATES** the dates established in its prior scheduling order. (See Docket No. 10 [Scheduling Order].)

The Parties are **ORDERED** to meet and confer, and submit to this Court a new proposed scheduling order, no later than December 9, 2013.

**IT IS SO ORDERED.**

cc: **Bankruptcy Court**